**Joe Antonio GARCIA, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 61902.**

Court of Criminal Appeals of Texas, Panel No. 2.

July 16, 1980.

Ronald B. Walker, on appeal only, Victoria, for appellant.

Knute L. Dietze, Dist. Atty., Victoria, Robert Huttash, State's Atty., Austin, for the State.

Before DOUGLAS, ODOM and DALLY, JJ.

## OPINION OF THE REINSTATEMENT OF THE APPEAL

DALLY, Judge.

This appeal was abated for a post-trial jury finding on the issue of the appellant's competency to stand trial at the time of his hearing to revoke probation on September 21, 1978. The record has been supplemented to show that a jury has now determined that the appellant was competent to stand trial at his hearing to revoke probation on September 21, 1978. Stipulated evidence was presented to the jury which supports the jury's finding. The stipulated evidence included the report of a psychiatrist who had examined the appellant prior to the revocation proceeding. The report of the psychiatrist advised the trial judge that the appellant was competent to stand trial at the time in question.

The appeal is reinstated and the judgment is affirmed, Tex.Cr.App., 595 S.W.2d 538.